IN RE the TERMINATION OF PARENTAL RIGHTS OF ASHLEY A.T., a Person Under the Age of 18:

BROWN COUNTY, Petitioner-Respondent,

v.

EDWARD C.T., Respondent-Appellant.

Court of Appeals

*No. 98–0075–NM. Submitted on briefs March 10, 1998.—Decided March 31, 1998.*

(Also reported in 579 N.W.2d 293.)

On behalf of the respondent-appellant, the cause was submitted on the no merit report of *John D. Lubarsky*, assistant state public defender, of Madison.

160

On behalf of the respondent-appellant, the cause was submitted on the response of *Edward C. T.*, pro se, of Green Bay.

Before Cane, P.J., Myse and Hoover, JJ.

PER CURIAM. Counsel for Edward C.T. has filed a no merit report from an order terminating Edward's parental rights. This court required the no merit report to address the applicability of the no merit procedure to a TPR appeal.[1] We conclude that a no merit report may be filed in a TPR appeal within the times set by § 809.107, STATS.

In *Christopher D. v. Franklin*, 191 Wis. 2d 680, 699–700, 530 N.W.2d 34, 41–42 (Ct. App. 1995), responding to an equal protection argument that a parent should have a longer time to appeal a TPR order because he would have 180 days in a no merit appeal, this court held that RULE 809.32, STATS., (no merit reports) does not apply to TPR appeals. That language should not be construed to preclude the filing of a no merit report in a TPR case. Rather, the generous time limits imposed by RULE 809.32, STATS., have been superseded by § 809.107, STATS., in TPR cases. A no merit report may be filed where, as here, the notice of intent and notice of appeal were timely filed under § 809.107(2) and (5), STATS., and the no merit report was filed within the time set for filing the appellant's brief under § 809.107(6)(a), STATS.

Upon the timely filing of a no merit report, this court will allow ten days for the parent to file a response to the report. This time is consistent with the

[1] The merits of the TPR appeal will be decided by separate order.

time for filing a respondent's brief under § 809.107(6)(b), STATS. The thirty-day response time set by RULE 809.32, STATS., has been superseded by the shorter deadlines imposed by § 809.107, STATS. *Christopher D.*, 191 Wis. 2d at 700, 530 N.W.2d at 42.

*By the Court.*—Jurisdiction confirmed.